IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH STUDER,                        No. 2:16-cv-02353-AC

           Plaintiff,                        ORDER

     v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

           Defendant.

HERNÁNDEZ, District Judge:

       Magistrate Judge Acosta issued a Findings and Recommendation [31] on December 12, 2018, in which he recommends that the Court grant Plaintiff's motion for an award of attorney fees of $4,817.88 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [31]. Accordingly, Plaintiff's Application for Fees Pursuant to EAJA [26] in the amount of $4,817.88 is GRANTED.

IT IS SO ORDERED.

DATED this 8 day of Feb, 2019

MARCO A. HERNÁNDEZ
United States District Judge